UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ALL FUNDS ON DEPOSIT IN, OR TRANSFERRED TO CREDIT SUISSE ACCOUNT #326324-3 AND ALL SUB-ACCOUNTS THEREOF, HELD IN THE NAME OF INGRID ANNA-CHRISTINA RAZMILOVIC AND ALL PROCEEDS TRACEABLE THERETO,<br><br>　　　　　　　Defendants. | Civ. A. No. 14-0367 (SJF) |

## VERIFIED CLAIM OF INGRID ANNA-CHRISTINA RAZMILOVIC

In accordance with Rule G(5)(a)(i) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules"), and 18 U.S.C. § 983(a)(4), Ingrid Anna-Christine Razmilovic files this verified claim stating that she is the owner of the funds alleged to be subject to forfeiture in this case as referenced above in connection with Credit Suisse Account Number 326324-3.

1.　　Claimant Ingrid Anna-Christine Razmilovic ("Claimant") is a citizen of the United States and Sweden and currently resides in Stockholm, Sweden.

2.　　Claimant was not a party to any prior civil or criminal proceeding related to Symbol Technologies, Inc. ("Symbol"), nor has any default judgment been entered against Claimant related to Symbol.

3.　　The specific property claimed is: ALL FUNDS ON DEPOSIT IN, OR TRANSFERRED TO CREDIT SUISSE ACCOUNT #326324-3 AND ALL SUB-ACCOUNTS

-2-

THEREOF, HELD IN THE NAME OF INGRID ANNA-CHRISTINA RAZMILOVIC AND ALL PROCEEDS TRACEABLE THERETO (the "Credit Suisse Account").

4. Claimant is the owner of the Credit Suisse Account, and claims the entire balance of the Credit Suisse Account. The Credit Suisse Account contains funds received through gift, inheritance, the sale of real property, accumulation of interest, operation of marriage, and from other sources.

5. Claimant did not know of the conduct alleged to have occurred at Symbol that forms the basis for the forfeiture allegations of the complaint. Claimant was without reasonable cause to believe that any funds received in the Credit Suisse Account were subject to forfeiture, and at all times was a bona fide recipient of such funds. Claimant is therefore an innocent owner of all funds in the Credit Suisse Account.

6. Pursuant to Rule E(8) of the Supplemental Rules, Claimant appears before this Court for the limited purpose of asserting and defending her claim in the above-captioned *in rem* action initiated by the Government. This appearance does not constitute an appearance for the purpose of any other claim or consent to the jurisdiction of this Court or any other court.

7. Below on the fourth page of this Claim is the Verification of Claimant Ingrid Anna-Christina Razmilovic that the foregoing is true and correct under penalty of perjury of the laws of the United States.

Dated: March 18, 2014
      New York, New York

          Respectfully submitted,

          WILSON SONSINI GOODRICH & ROSATI
          Professional Corporation

          By: s/ Michael S. Sommer

          Michael S. Sommer
          Scott D. Tenley
          1301 Avenue of the Americas, 40th Floor
          New York, New York 10019
          Telephone: (212) 999-5800
          Facsimile: (212) 999-5899
          Email: msommer@wsgr.com
          Email: stenley@wsgr.com

          *Attorneys for Claimant Ingrid Anna-Christina Razmilovic*

## **VERIFICATION**

Pursuant to 28 U.S.C. § 1746, Ingrid Anna-Christina Razmilovic has read the foregoing Claim and hereby submits the following verification based on her personal knowledge:

> I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 15, 2014.

By: _____
Ingrid Anna-Christina Razmilovic