```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF NEW YORK
                         EASTERN DIVISION
```

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA )
)
      Plaintiff, )
)   14-CV-0367
)
      v. )
)
ALL FUNDS ON DEPOSIT, TO )
OR TRANSFERRED TO CREDIT SUISSE )
ACCOUNT NUMBER 326324-3 )
)
      Defendant. 

- - - - - - - - - - - - - - - - X

## DECLARATION OF PUBLICATION

    According to my review of the electronic database maintained by Department of Justice, notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 11, 2014, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on March 19, 2014.

                                      Brian Gappa
                                      FSA Asset Forfeiture Paralegal

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK, EASTERN DIVISION
## COURT CASE NUMBER: CV-14-0367; NOTICE OF FORFEITURE ACTION

Pursuant to 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

> All funds on deposit, or transferred to Credit Suisse account no. 326324-3 and all sub-accounts thereof, held in the name of Ingrid Anna-Christina Razmilovic, and all proceeds traceable thereto Acct# 326324-3 (14-USP-001154) which was seized from Credit Suisse on December 17, 2013.

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (February 11, 2014) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 100 Federal Plaza, Central Islip, NY  11722, and copies of each served upon Assistant United States Attorney Vincent Lipari, 610 Federal Plaza, 5th Floor, Central Islip, NY  11722, or default and forfeiture will be ordered.  See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between February 11, 2014 and March 12, 2014. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. All funds on deposit, or transferred to Credit Sui

**Court Case No:** CV-14-0367
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/11/2014 | 24.0 | Verified |
| 2 | 02/12/2014 | 24.0 | Verified |
| 3 | 02/13/2014 | 24.0 | Verified |
| 4 | 02/14/2014 | 24.0 | Verified |
| 5 | 02/15/2014 | 24.0 | Verified |
| 6 | 02/16/2014 | 24.0 | Verified |
| 7 | 02/17/2014 | 24.0 | Verified |
| 8 | 02/18/2014 | 24.0 | Verified |
| 9 | 02/19/2014 | 23.9 | Verified |
| 10 | 02/20/2014 | 24.0 | Verified |
| 11 | 02/21/2014 | 23.5 | Verified |
| 12 | 02/22/2014 | 24.0 | Verified |
| 13 | 02/23/2014 | 24.0 | Verified |
| 14 | 02/24/2014 | 24.0 | Verified |
| 15 | 02/25/2014 | 24.0 | Verified |
| 16 | 02/26/2014 | 24.0 | Verified |
| 17 | 02/27/2014 | 24.0 | Verified |
| 18 | 02/28/2014 | 24.0 | Verified |
| 19 | 03/01/2014 | 24.0 | Verified |
| 20 | 03/02/2014 | 24.0 | Verified |
| 21 | 03/03/2014 | 24.0 | Verified |
| 22 | 03/04/2014 | 24.0 | Verified |
| 23 | 03/05/2014 | 24.0 | Verified |
| 24 | 03/06/2014 | 24.0 | Verified |
| 25 | 03/07/2014 | 23.9 | Verified |
| 26 | 03/08/2014 | 24.0 | Verified |
| 27 | 03/09/2014 | 23.0 | Verified |
| 28 | 03/10/2014 | 24.0 | Verified |
| 29 | 03/11/2014 | 24.0 | Verified |
| 30 | 03/12/2014 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.