UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA

                Plaintiff,

- against-

ALL FUNDS ON DEPOSIT IN, OR TRANSFERRED
TO CREDIT SUISSE ACCOUNT #326324-3 AND ALL
SUB-ACCOUNTS THEREOF, HELD IN THE NAME
OF INGRID ANNA-CHRISTINA RAZMILOVIC,
AND ALL PROCEEDS TRACEABLE THERETO,

                Defendants.
-------------------------------------------------------------------X

**NOTICE OF MOTION**

Civil Action
No.  CV-14-0367
(Feuerstein, J.)

      PLEASE TAKE NOTICE THAT upon the accompanying memorandum of law and Declaration of Assistant U.S. Attorney Vincent Lipari, dated October 3, 2014, plaintiff United States of America, by its attorney, LORETTA E. LYNCH, United States Attorney, Eastern District of New York, Vincent Lipari, Assistant U.S. Attorney, of counsel, pursuant to the proceedings before the court and the minute entry on September 10,2014, will move before the Hon. Sandra J. Feuerstein, United States District Judge, United States District Courthouse, Eastern District of New York, Federal Plaza, Central Islip, New York 11722, at such time and place as set by the court, for an order to compel claimant Ingrid Anna-Christina Razmilovic to respond to Special Interrogatories 13 and 14, to produce documents responsive to those Special Interrogatories and, thereafter, to appear for a deposition in the Eastern District of New York, because, inter alia, such discovery is necessary on the threshold issue of claimant's standing, and

for such other relief as is just and proper.

Date:   October 3, 2014
Central Islip, New York

                                          LORETTA E. LYNCH
                                          UNITED STATES ATTORNEY
                                          Attorney for Plaintiff
                                          Eastern District of New York
                                          610 Federal Plaza, 5th Floor
                                          Central Islip, New York 11722

                        By:      s/VINCENT LIPARI
                                    VINCENT LIPARI
                                    Assistant United States Attorney
                                    (631) 715-7864

To:    Michael S. Sommer
        WILSON SONSINI GOODRICH & ROSATI
        Attorneys for Claimant Ingrid Anna-Christina Razmilovic
        1301 Avenue of the Americas, 40th Floor
        New York, NY 10019
        212-497-7728
        Email: msommer@wsgr.com